

William C. Baton

Phone: (973) 286-6722

Fax: (973) 286-6822

wbaton@saul.com

www.saul.com

February 18, 2025

**VIA ECF**

The Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

    Re:    *Vascepa Antitrust Litigation* Civil Action Nos. 21-10309, 21-12061, 21-12747,
         23-1016, 24-4341, 24-7041 (RK)(TJB)

Dear Judge Bongiovanni:

      This firm, together with Covington & Burling LLP, represents Defendants Amarin
Pharma, Inc., Amarin Pharmaceuticals Ireland Limited, and Amarin Corporation plc
(collectively, "Amarin") in the above-captioned matters.  We submit this status report jointly
with Plaintiffs in these matters in response to Your Honor's request for an update regarding the
scheduling of Amarin depositions.  Since the February 7 teleconference with Your Honor, the
parties have had productive discussions regarding scheduling the depositions of Amarin's
witnesses.  The parties are continuing discussions this week in an effort to reach a mutually-
agreeable resolution.  Accordingly, the parties respectfully request permission to provide an
update to the Court on Friday regarding whether any disputes remain after these further
discussions that require the Court's assistance to resolve.

      Thank you for Your Honor's kind attention to these matters.

               Respectfully yours,

               *William C. Baton*

               William C. Baton

cc:    All Counsel (via e-mail)

               SO ORDERED

               **s/Tonianne J. Bongiovanni**
               Hon. Tonianne J. Bongiovanni
               **United States Magistrate Judge**
               Dated: February 19, 2025

One Riverfront Plaza, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973) 286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA   DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

55125767.1