UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**  
**MAGISTRATE JUDGE: BONGIOVANNI**  
**Digitally Recorded: John Moller**

**DATE OF PROCEEDINGS**  
February 7, 2025

**TITLE OF CASE**: 24-cv-4341; 21-cv-10309; 21-cv-12061; 21-cv-12747; 23-cv-1016; 24-cv-7041

APOTEX INC.
    V.
AMARIN PHARMA, INC., et al.

**APPEARANCES:**

Ashley Bass, Esq., for plaintiff Apotex
Jonathan Janow, Esq., for plaintiff Apotex
Ron Zdrojeski, Esq., for defendant KD Pharma
Samir Doshi, Esq., for defendant Teva
Chul Pak, Esq., for defendant Dr. Reddy's Laboratories Inc.

**NATURE OF PROCEEDING:**

Telephone Status Conference held.

TIME COMMENCED:   10:03 a.m.
TIME ADJOURNED:   11:08 a.m.      s/ John Moller
TOTAL TIME:  1 HOUR AND 5 MINUTES      Deputy Clerk