## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**  
**MAGISTRATE JUDGE: BONGIOVANNI**  
**Digitally Recorded: John Moller**

**DATE OF PROCEEDINGS**  
July 28, 2025

**DOCKET #:**

24-cv-4341 (RK/TJB)  
21-cv-10309 (RK/TJB)  
24-cv-7041 (RK/TJB)  
23-cv-1016 (RK/TJB)  
21-cv-12061 (RK/TJB)  
21-cv-12747 (RK/TJB)

**TITLE OF CASE**:

APOTEX INC.  
   v.  
AMARIN PHARMA, INC., et al.

**APPEARANCES:**

Jonathan Janow, Esq., for plaintiff Apotex  
Ashley Bass, Esq., for plaintiff Amarin  
Samir Doshi, Esq., for defendant Teva

**NATURE OF PROCEEDING:**

Conference held via Microsoft Teams.

TIME COMMENCED:     11:05 a.m.  
TIME ADJOURNED:     12:14 p.m.  
TOTAL TIME:  1 HOUR AND 9 MINUTES

s/ John Moller  
Deputy Clerk